IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01337-RPM

PATRICK L. GUTIERREZ,
JOSEPH L. GUTIERREZ,
SYLVIA GRAHAM,

    Plaintiffs,

v.

PIONEER NATURAL RESOURCES USA, INC., successor to
EVERGREEN RESOURCES, INC., and
PIONEER EVERGREEN PROPERTIES, LLC.,

    Defendants.

---

### ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **August 16, 2007, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **August 9, 2007.**

Dated: June 29th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge