**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-01337-RPM

PATRICK L. GUTIERREZ,
JOSEPH L. GUTIERREZ, and
SYLVIA GRAHAM,

        Plaintiffs,

v.

PIONEER NATURAL RESOURCES USA, INC.,

        Defendant.

---

**ORDER VACATING AND RESCHEDULING SCHEDULING CONFERENCE**

---

THIS MATTER comes before the Court on Patrick L. Gutierrez, Joseph L. Gutierrez, and Sylvia Graham's and Pioneer Natural Resources USA, Inc.'s Joint Motion to Vacate and Reschedule the Scheduling Conference set for August 23, 2007 at 2:00 p.m. The parties requested that the Scheduling Conference be postponed until September 24, 2007, or as soon thereafter as convenient for the Court because of amicable and ongoing settlement discussions. Having reviewed the Joint Motion and being fully apprised;

    IT IS HEREBY ORDERED that the Motion is GRANTED.

    IT IS ALSO ORDERED that the Scheduling Conference scheduled August 23, 2007 at 2:00 p.m. is vacated and reset to October 3rd, 2007 at 2:00 p.m.

    DATED this 22nd day of August, 2007.

                                              BY THE COURT

                                              s/ Richard P. Matsch

                                              Richard P. Matsch, Senior District Judge