IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01337-RPM

PATRICK L. GUTIERREZ,
JOSEPH L. GUTIERREZ,
SYLVIA GRAHAM,

        Plaintiffs,

v.

PIONEER NATURAL RESOURCES USA, INC., successor to
EVERGREEN RESOURCES, INC., and
PIONEER EVERGREEN PROPERTIES, LLC.,

        Defendants.

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [14] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated: October 1st, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge